UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>MAURIZIO OPPEDISANO | CASE NO: 20-41348<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 6/2/2021, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2021

/s/ Mark Frankel
Mark Frankel

Backenroth Frankel & Krinsky, LLP
800 3rd Avenue Fl 11
New York, NY  10022
917 697 0988

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>MAURIZIO OPPEDISANO | CASE NO: 20-41348<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/2/2021, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 3rd Avenue Fl 11
New York, NY  10022

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING         AMERICAN EXPRESS NATIONAL BANK          WELLS FARGO BANK NA
02071                                    CO BECKET AND LEE LLP                   SHAPIRO DICARO  BARAK LLC
CASE 1-20-41348-NHL                      PO BOX 3001                             175 MILE CROSSING BOULEVARD
EASTERN DISTRICT OF NEW YORK             MALVERN PA 19355-0701                   ROCHESTER NY 14624-6249
BROOKLYN
WED JUN 2 15-10-10 EDT 2021


EXCLUDE
+                                        OFFICE OF THE UNITED STATES TRUSTEE     WELLS FARGO BANK NA
271C CADMAN PLAZA EAST SUITE 1595        EASTERN DISTRICT OF NY BROOKLYN OFFICE  CO SHAPIRO DICARO  BARAK LLC
BROOKLYN NY 11201-1800                   US FEDERAL OFFICE BUILDING              175 MILE CROSSING BOULEVARD
                                         201 VARICK STREET SUITE 1006            ROCHESTER NEW YORK 14624-6249
                                         NEW YORK NY 10014-4811


                                                                                 DEBTOR
FRANK ARNOLD                             MARK A FRANKEL                          MAURIZIO OPPEDISANO
209 GOSLING HILL DRIVE                   BACKENROTH FRANKEL  KRINSKY LLP         13815 13TH AVENUE
MANHASSET NY 11030-4015                  800 THIRD AVENUE                        WHITESTONE NY 11357-2311
                                         11TH FLOOR
                                         NEW YORK NY 10022-7651



SCOTT A KRINSKY
BACKENROTH FRANKEL  KRINSKY
800 THIRD AVENUE
11TH FLOOR
NEW YORK NY 10022-7651
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Wells Fargo Bank, N.A.
Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, NY 14624
represented by:
Nicole DiStasio
Shapiro DiCaro & Barak LLC
175 Mile Crossing Blvd
Rochester, NY 14624

ndistasio@logs.com

Scott A Krinsky
Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022

skrinsky@bfklaw.com

(Debtor)
Maurizio Oppedisano
138-15 13th Avenue
Whitestone, NY 11357
represented by:
Mark A. Frankel
Backenroth Frankel & Krinsky LLP
800 Third Avenue
11th Floor
New York, NY 10022

mfrankel@bfklaw.com

(U.S. Trustee)
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

USTPRegion02.BR.ECF@usdoj.gov

Adam Gilbert
Nixon Peabody LLP
55 West 46th Street
New York, NY 10036

agilbert@nixonpeabody.com

Frank Arnold
209 Gosling Hill Drive
Manhasset, NY 11030
(Petitioning Creditor)
represented by:
Christopher M Desiderio
Nixon Peabody LLP
55 West 46th Street
New York, NY 10036

cdesiderio@nixonpeabody.com

(Creditor)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701